**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| MARGARET DEBOW, | : | |
| Plaintiff, | : | Case No. 3:04CV330 |
| -vs- | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| JAMES G. ROCHE, | : | |
| Defendants. | : | |

**ORDER**

Pursuant to agreement of the parties, a mediation session for this case was held for

approximately three hours on Monday, August 15, 2005. The parties reached an agreement to

settle this case.


August 15, 2005                                     s/Sharon L. Ovington
                                                    Sharon L. Ovington
                                                    United States Magistrate Judge